UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


DANNY CABRERA,

      Plaintiff,

v.                                                                 Case No.  8:26-cv-227-JLB-AAS

DR. GASPAR,

      Defendant.
_____/

## ORDER

Danny Cabrera, a Florida pretrial detainee, filed a civil rights complaint (Doc. 1) and a motion to proceed *in forma pauperis.*  (Doc. 2). Cabrera alleges that Defendant deprived him of adequate medical care.

Cabrera filed a complaint in this Court on January 7, 2026, in which he alleges the same claim against the same defendant, and that action is pending.  *See Cabrera v. Gaspar, et al.*, Case No. 8:26-cv-35-WFJ-SPF (M.D. Fla.).  Cabrera may not simultaneously litigate duplicative suits in two cases in this Court.  Moreover, it appears that Cabrera may have intended to file the instant complaint as his amended complaint in Case No. 8:26-cv-35-WFJ-SPF.  (*See* Doc. 1 at 3).  Therefore, this action will be dismissed because Cabrera first initiated it in Case No. 8:26-cv-35-WFJ-SPF.  *See Curtis v.*

*Citibank, N.A.*, 226 F.3d 133, 138-39 (2d Cir. 2000) (where actions are identical, "simple dismissal of the second suit is [a] common disposition because plaintiffs have no right to maintain two actions on the same subject in the same court, against the same defendant at the same time").

Accordingly, the complaint (Doc. 1) is **DISMISSED** without prejudice to Cabrera pursuing his claims in Case No. 8:26-cv-35-WFJ-SPF.  The Clerk is **DIRECTED** to docket the complaint (Doc. 1) and motion to proceed *in forma pauperis* (Doc. 2) in this case in Case No. 8:26-cv-35-WFJ-SPF,[1] terminate all pending motions in this case as moot, and close this case.

**DONE and ORDERED** in Tampa, Florida, on February 11, 2026.

_____
**JOHN L. BADALAMENTI**
UNITED STATES DISTRICT JUDGE

---

[1] The Clerk should file the complaint in this case as the "amended complaint" in Case No. 8:26-cv-35-WFJ-SPF.

2